UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:08-CR- 119 |
| v. ) | Judge Collier |
| ) | |
| SHANNON QUARLES ) | |

**ORDER**

Having read and considered the United States' motion to dismiss the superseding indictment and for good cause shown,

It is hereby ORDERED that the United States' motion is hereby GRANTED, and the Superseding Indictment in the above styled case is therefore DISMISSED as to this defendant.

Entered on this date, December _____, 2008.

/s/ Curtis L. Collier
UNITED STATES DISTRICT JUDGE